UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-61103-Civ-Cohn/Seltzer

JULIETTE BASCOM,

    Plaintiff,

v.

VALENTINE & KEBARTAS, INC.,

    Defendant.
_____/

### DEFAULT FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the Plaintiff's Motion for Final Default Judgment [DE 12] and Defendant's failure to respond to the motion by the deadline of January 24, 2010. The Court having carefully considered the filings, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff, Juliette Bascom, and against defendant Valentine & Kebartas, Inc., and Plaintiff shall recover from the Defendant the sum of $3,525.00, consisting of $1,000.00 in statutory damages under the Fair Debt Collection Practices Act [DE 12-1], plus the amount of $2,130.00 in attorney's fees and $395.00 in costs [DE 12-2];

2. This judgment shall bear interest at the rate of 0.27% per annum from the date of this Final Judgment, for which let execution issue;

3. Any other pending motions are hereby denied as moot and the Clerk of the Court shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of January, 2011.

_____
JAMES I. COHN
United States District Judge

copies to:
Plaintiff's counsel of record on CM/ECF
(Plaintiff's counsel to serve on Defendant)